# U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: Viamedia, Inc. v. Comcast Corp., et al.   Case Number: 1:16-cv-05486

An appearance is hereby filed by the undersigned as attorney for:
Comcast Corporation and Comcast Spotlight, LP

Attorney name (type or print):  Ross Bricker

Firm:   Jenner & Block LLP

Street address:   353 N. Clark Street

City/State/Zip:   Chicago, Illinois 60654

Bar ID Number: 3126882   Telephone Number:   312-222-9350
(See item 3 in instructions)

Email Address: RBricker@jenner.com

| | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ☐ | ☒ |
| Are you acting as local counsel in this case? | ☒ | ☐ |
| Are you a member of the court's trial bar? | ☒ | ☐ |
| If this case reaches trial, will you act as the trial attorney? | ☒ | ☐ |

If this is a criminal case, check your status.   ☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you a
☐ Federal Defender
☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 6/29/2016

Attorney signature:   S/ Ross Bricker
(Use electronic signature if the appearance form is filed electronically.)

Revised  8/1/2015