**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

|  |  |  |
|---|---|---|
| VIAMEDIA, INC., | ) | |
| Plaintiff, | ) | No. 16 C 5486 |
| v. | ) | Honorable Amy J. St. Eve |
| COMCAST CORPORATION and COMCAST SPOTLIGHT, LP, | ) | |
| Defendants. | ) | |

## DEFENDANTS' NOTIFICATION AS TO AFFILIATES

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.2, Defendant Comcast Corporation ("Comcast") hereby states that it is a publicly held corporation; it has no parent corporation; and Securities and Exchange Commission filings by BlackRock, Inc. ("BlackRock") state that BlackRock owns more than 5% of Comcast's common stock.

Defendant Comcast Spotlight, LP hereby states that it is indirectly 100% owned by Comcast.

Dated: July 25, 2016

Respectfully submitted,

COMCAST CORPORATION AND
COMCAST SPOTLIGHT, LP

 /s/ Ross B. Bricker
Ross B. Bricker
Sally K. Sears Coder
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, Illinois 60654
Tel: (312) 222-9350
Fax: (312) 527-0484
rbricker@jenner.com
ssearscoder@jenner.com

Arthur J. Burke (*pro hac vice*)
David B. Toscano (*pro hac vice*)
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Tel: (212) 450-4000
Fax: (212) 701-5800
Arthur.Burke@davispolk.com
David.Toscano@davispolk.com

*Attorneys for Comcast Corporation &
Comcast Spotlight LP*

# CERTIFICATE OF SERVICE

I, Ross B. Bricker, an attorney, certify that on July 25, 2016, I caused the foregoing **Defendants' Notification as to Affiliates** to be served on counsel of record listed below via the Court's ECF system:

>Britt Marie Miller
>MAYER BROWN LLP
>71 South Wacker Drive
>Chicago, IL 60606
>(312) 782-0600
>bmiller@mayerbrown.com
>
>Mark W. Ryan
>Sean Patrick McDonnell
>MAYER BROWN LLP
>1999 K Street N.W.
>Washington, DC 20006-1101
>(202) 263-3000
>mryan@mayerbrown.com
>smcdonnell@mayerbrown.com
>
>*Counsel for Plaintiff Viamedia, Inc.*

   /s/ Ross B. Bricker