**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| VIAMEDIA, INC., | ) | |
| | ) | |
| Plaintiff, | ) | No. 16 C 5486 |
| | ) | |
| v. | ) | Honorable Amy J. St. Eve |
| | ) | |
| COMCAST CORPORATION, and | ) | |
| COMCAST SPOTLIGHT, LP, | ) | |
| DEFENDANTS. | ) | |

**DEFENDANTS' SUPPLEMENTAL NOTIFICATION AS TO AFFILIATES**

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.2, Defendants hereby supplement their Notification as to Affiliates dated July 25, 2016 to state that Defendant Comcast Spotlight, LP has been merged into Comcast Cable Communications Management, LLC, which is indirectly 100% owned by Defendant Comcast Corporation.

Defendants' Notification as to Affiliates dated July 25, 2016 remains accurate in all other respects.

Dated: September 20, 2016

Respectfully submitted,

COMCAST CORPORATION AND
COMCAST SPOTLIGHT LP

/s/ Ross B. Bricker
Ross B. Bricker
Sally K. Sears Coder
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, Illinois 60654
Tel: (312) 222-9350
Fax: (312) 527-0484
rbricker@jenner.com
ssearscoder@jenner.com

Arthur J. Burke (*pro hac vice*)
David B. Toscano (*pro hac vice*)
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York  10017
Tel: (212) 450-4000
Fax: (212) 701-5800
Arthur.Burke@davispolk.com
David.Toscano@davispolk.com

## **CERTIFICATE OF SERVICE**

I, Ross B. Bricker, an attorney, certify that on September 20, 2016, I caused the foregoing **Defendants' Supplemental Notification as to Affiliates** to be served on counsel of record listed below via the Court's ECF system:

> Britt Marie Miller
> MAYER BROWN LLP
> 71 South Wacker Drive
> Chicago, IL 60606
> (312) 782-0600
> bmiller@mayerbrown.com
>
> Mark W. Ryan
> Sean Patrick McDonnell
> MAYER BROWN LLP
> 1999 K Street N.W.
> Washington, DC 20006-1101
> (202) 263-3000
> mryan@mayerbrown.com
> smcdonnell@mayerbrown.com
>
> *Counsel for Plaintiff Viamedia, Inc.*

 /s/ Ross B. Bricker
Ross B. Bricker