```
 1                 IN THE UNITED STATES DISTRICT COURT
                      NORTHERN DISTRICT OF ILLINOIS
 2                          EASTERN DIVISION

 3
     VIAMEDIA, INC.,               ) Docket No. 16 C 5486
 4                                 )
              Plaintiff,           )
 5                                 )
              vs.                  )
 6                                 )
     COMCAST CORPORATION AND       )
 7   COMCAST SPOTLIGHT, INC.,      ) Chicago, Illinois
                                   ) March 27, 2017
 8            Defendants.          ) 8:35 o'clock a.m.

 9
                  TRANSCRIPT OF PROCEEDINGS - MOTION
10              BEFORE THE HONORABLE AMY J. ST. EVE

11
     APPEARANCES:
12

13   For the Plaintiff:         MAYER BROWN, LLP
                                BY:  MS. BRITT M. MILLER
14                              71 South Wacker Drive
                                Chicago, Illinois  60606
15
                                RICHARD J. PRENDERGAST, LTD.
16                              BY:  MR. COLLIN M. BRUCK
                                111 W. Washington St., Suite 1100
17                              Chicago, Illinois  60602

18
     For the Defendants:        DAVIS, POLK & WARDWELL
19                              BY:  MR. ARTHUR BURKE
                                     MS. STEFANIE L. WILLIAMS
20                              450 Lexington Street
                                New York, New York  10017
21
                                JENNER & BLOCK, LLP
22                              BY:  MR. ROSS B. BRICKER
                                     MR. THOMAS E. QUINN
23                              353 North Clark Street
                                Chicago, Illinois  60654
24

25
```

```
 1   APPEARANCES (Cont'd):

 2
     Court Reporter:            MR. JOSEPH RICKHOFF
 3                              Official Court Reporter
                                219 S. Dearborn St., Suite 1232
 4                              Chicago, Illinois  60604
                                (312) 435-5562
 5
                     *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *
 6
                            PROCEEDINGS RECORDED BY
 7                           MECHANICAL STENOGRAPHY
                         TRANSCRIPT PRODUCED BY COMPUTER
 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

| | |
|---|---|
| 1 | THE CLERK: 16 C 5486, Viamedia Vs. Comcast. |
| 2 | MS. MILLER: Good morning, your Honor, Britt Miller |
| 3 | on behalf of Viamedia, Inc. |
| 4 | MR. BRUCK: Collin Bruck on behalf of plaintiff. |
| 5 | MR. BRICKER: Good morning, your Honor, Ross Bricker |
| 6 | and Tom Quinn from Jenner & Block on behalf of Comcast. |
| 7 | MR. BURKE: Good morning, your Honor, Art Burke and |
| 8 | Stefanie Williams from Davis, Polk on behalf of Comcast. |
| 9 | THE COURT: Good morning. |
| 10 | I have a motion for leave to allow substitute counsel |
| 11 | to come in. |
| 12 | Is there any objection from Viamedia? |
| 13 | MR. BURKE: There's none. |
| 14 | THE COURT: I am sorry? |
| 15 | MR. BURKE: There's none. There is no objection from |
| 16 | Comcast. |
| 17 | THE COURT: Okay. |
| 18 | This is a different firm than I know we had talked |
| 19 | about last time. |
| 20 | So, I will grant the request for substitution of |
| 21 | counsel. |
| 22 | Is anybody here from -- |
| 23 | MR. BRUCK: Yes. |
| 24 | THE COURT: You are here from -- |
| 25 | MR. BRUCK: From Richard J. Prendergast, Ltd. |

```
 1              THE COURT:  From local counsel.  Nobody is here from
 2   the other law firm?
 3              MR. BRUCK:  Correct.  Kellogg and Hansen are in D.C.
 4              THE COURT:  There are dates in place, Mr. Bruck.  So,
 5   I have not moved those.  When new counsel comes in, that does
 6   not mean they automatically get moved.  So, hopefully you can
 7   get up to speed on this.
 8              MR. BRUCK:  We understand.  And I don't think we
 9   anticipate any of those dates needing to be changed.
10              THE COURT:  Especially because they were kind of
11   pushed at plaintiff's insistence to get things moving.
12              Okay.  So, that is granted.
13              You have another status on April 5th.  Since you are
14   here, I am going to strike that unless you think you need to
15   come back that soon.
16              MR. BURKE:  I don't, your Honor, although I will say
17   that on behalf of Comcast, we don't think the current schedule
18   is going to be workable.  We'll certainly meet and confer with
19   new counsel.  But there have been no depositions in the case
20   yet, and there's a number of discovery issues that are
21   outstanding.  I won't belabor them for you.  But we'll have to
22   come back to you on that, I think.
23              THE COURT:  Okay.
24              I will strike April 5th.  Come back toward the end of
25   April and we will take up anything that we need to at that
```

```
 1  point.  That will give you the opportunity to meet and confer
 2  with new counsel.
 3          MR. BURKE:  Great.
 4          MS. MILLER:  One administrative thing on the motion
 5  to substitute, your Honor.  We had previously, quite some time
 6  ago, filed a substitution for an attorney who left our firm.
 7  For some reason, he stayed on the docket as counsel and on
 8  ECF.  His name is Sean McDonnell.
 9          THE COURT:  Okay.
10          MS. MILLER:  It's in a footnote in the current
11  motion, but I want to make sure his name is also removed.
12          THE COURT:  We will make sure with docketing.  I am
13  not sure what happened.
14      (Brief pause.)
15          THE COURT:  It was only filed as a notice, I am told,
16  and not a motion.  Docketing will not take it off.
17          MS. MILLER:  The clerk informed us because it was
18  from the same firm substitution, we could file it as a notice.
19  Our apologies.
20          THE COURT:  No, that is okay.  They have their own
21  set of rules.  So, we will make sure that gets taken off.
22          MS. MILLER:  I appreciate it, your Honor.
23          THE COURT:  So, end of April.
24          THE CLERK:  April 25th at 8:30.
25          THE COURT:  Does that work okay?
```

```
1            MR. BURKE:  That's fine for us, your Honor.
2            THE COURT:  Thank you.
3            MS. MILLER:  Thank you, your Honor.
4            MR. BURKE:  Thank you.
5                    *    *    *    *    *
6
7   I certify that the foregoing is a correct transcript from the
    record of proceedings in the above-entitled matter.
8
9
    /s/ Joseph Rickhoff                         April 4, 2017
10  Official Court Reporter
```