**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

|  |  |  |
|---|---|---|
| VIAMEDIA, INC., | ) ) ) | |
| Plaintiff, | ) ) | No. 16 C 5486 |
| v. | ) ) ) | Honorable Amy J. St. Eve |
| COMCAST CORPORATION and COMCAST SPOTLIGHT, LP, | ) ) ) ) | |
| Defendants. | ) ) | |

**MOTION TO FILE
MOTION TO COMPEL, DECLARATION IN SUPPORT OF MOTION TO COMPEL,
AND MEMORANDUM OF LAW IN SUPPORT OF MOTION TO COMPEL
UNDER SEAL**

Pursuant to Federal Rule of Civil Procedure 26(c) and Local Rule 26.2, Defendants Comcast Corporation and Comcast Cable Communications Management, LLC (successor to Comcast Spotlight, LP and together with Comcast Corporation, "Comcast") move to file their Defendants' Motion to Compel Plaintiff to Produce Documents ("Motion to Compel"), Declaration in Support of Defendants' Motion to Compel Plaintiff to Produce Documents ("Declaration"), and Memorandum of Law in Support of Defendants' Motion to Compel Plaintiff to Produce Documents ("Memorandum"), and certain exhibits submitted with the Motion to Compel, Declaration, and Memorandum, under seal. In support thereof, Comcast states as follows:

1. Today, May 12, 2017, Comcast filed its Motion to Compel, Declaration, and Memorandum. The Motion to Compel, Declaration, and Memorandum reference and attach certain documents the parties have designated Confidential or Highly Confidential under the Court's Agreed Confidentiality Order. Accordingly, and pursuant to Local Rule 26.2(c), Comcast

1

has (1) provisionally filed under seal the Motion to Compel, Declaration, and Memorandum and the exhibits to both that it seeks to maintain under seal; and (2) filed a redacted version of the Motion to Compel, Declaration, and Memorandum in the public record that excludes the information and documents that Comcast seeks, by this motion, to maintain under seal.

2. The Seventh Circuit has recognized a Court may shield certain filings from public inspection if "there is good cause for sealing a part or the whole of the record." *Citizens First Nat. Bank of Princeton v. Cincinnati Ins. Co.*, 178 F.3d 943, 945 (7th Cir. 1999); *see also* Local Rule 26.2(b) (applying "good cause" standard). Under that test, the Court may seal certain filings if there are "legitimate concerns of confidentiality," *Grove Fresh Dist., Inc. v. Everfresh Juice Co.*, 24 F.3d 893, 898 (7th Cir. 1994), such as where the information in question "meet[s] the definition of trade secrets or other categories of bona fide long-term confidentiality." *Baxter Intern., Inc. v. Abbott Laboratories*, 297 F.3d 544, 545 (7th Cir. 2002).

3. Here, the documents and information Comcast seeks to file under seal have been designated Confidential or Highly Confidential under the Court's Agreed Confidentiality Order. ECF No. 44 ¶ 3(c). As this Court recognized in granting past motions to seal, *see, e.g.*, Dkt. 92 (granting Viamedia's Motion to Seal), Dkt. 98 (granting Comcast's Motion to Seal), such a designation gives good cause to file such documents or information under seal.

WHEREFORE, Comcast respectfully requests the Court enter an order granting Comcast leave to file the Motion to Compel, Declaration, and Memorandum, and certain exhibits to that Motion to Compel, Declaration, and Memorandum, under seal.

Dated: May 12, 2017

Respectfully submitted,

COMCAST CORPORATION AND
COMCAST CABLE COMMUNICATIONS
MANAGEMENT, LLC

/s/ *Ross Bricker*
Ross B. Bricker
Sally K. Sears Coder
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, IL 60654-3456
Tel: (312) 222-9350
Fax: (312) 527-0484
rbricker@jenner.com
ssearscoder@jenner.com

Arthur J. Burke (pro hac vice)
David B. Toscano (pro hac vice)
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Tel: (212) 450-4000
Fax: (212) 701-5800
Arthur.Burke@davispolk.com
David.Toscano@davispolk.com

*Attorneys for Defendants Comcast Corporation and Comcast Cable Communications Management, LLC*