**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| VIAMEDIA, INC., <br>     Plaintiff, <br> v. <br> COMCAST CORPORATION and COMCAST SPOTLIGHT, LP, <br>     Defendants. | No. 16 C 5486 <br><br> Honorable Amy J. St. Eve |

**MOTION FOR LEAVE TO WITHDRAW PETER RATNER
AS ONE OF THE COUNSEL OF RECORD FOR DEFENDANTS**

Pursuant to Local Rule 83.17 of the United States District Court for the Northern District of Illinois, Plaintiff Viamedia, Inc. ("Viamedia"), by its attorneys, respectfully requests that this Court grant leave to withdraw Peter Ratner as one of the attorneys of record in this matter. In support of this motion, Defendant states as follows:

1. On July 12, 2017, Peter Ratner was a member of the firm Kellogg, Hansen, Todd, Figel & Frederick P.L.L.C., and filed a Motion for Leave to Appear Pro Hac Vice on behalf of Viamedia.

2. This Court granted Mr. Ratner's Motion for Leave to Appear Pro Hac Vice on July 12, 2017.

3. Mr. Ratner is leaving the firm of Kellogg, Hansen, Todd, Figel & Frederick P.L.L.C.

WHEREFORE, Viamedia respectfully requests that this Court enter an order granting it leave to withdraw attorney Peter Ratner as one of the attorneys of record.

Dated: December 18, 2017　　　　　　　　Respectfully submitted,

By: /s/ Richard J. Prendergast

Richard J. Prendergast
Michael T. Layden
RICHARD J. PRENDERGAST, LTD.
111 West Washington, Suite 1100
Chicago, IL 60602
Tel.: (312) 641-0881
Fax: (312) 641-3562

One of the Attorneys for Plaintiff
Viamedia, Inc.