**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| VIAMEDIA, INC., <br><br>    Plaintiff, <br><br>v. <br><br>COMCAST CORPORATION and COMCAST SPOTLIGHT, LP, <br><br>    Defendants. | No. 16 C 5486 <br><br>Honorable Amy J. St. Eve |

**VIAMEDIA, INC.'S NOTICE OF MOTION**

To:    All Defense Counsel

**PLEASE TAKE NOTICE** that on **December 21, 2017 at 8:30 a.m.**, or as soon thereafter as counsel may be heard, counsel for Plaintiff Viamedia, Inc. will appear before Honorable Amy J. St. Eve, in Courtroom 1241 of the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois, or before such other Judge who may be sitting in her place and shall then and there present: **VIAMEDIA, INC.'S MOTION FOR LEAVE TO WITHDRAW PETER RATNER AS ONE OF THE COUNSEL OF RECORD FOR DEFENDANTS.**

Dated: December 18, 2017

Respectfully submitted,

/s/ *Richard J. Prendergast*
Richard J. Prendergast
Michael T. Layden
Collin M. Bruck
**RICHARD J. PRENDERGAST, LTD.**
111 W. Washington Street, Suite 1100
Chicago, Illinois 60602
(312) 641-0881
rprendergast@rjpltd.com
mlayden@rjpltd.com
cbruck@rjpltd.com

James M. Webster (*pro hac vice*)
Aaron M. Panner (*pro hac vice*)
Derek T. Ho (*pro hac vice*)
Kenneth M. Fetterman (*pro hac vice*)
**KELLOGG, HANSEN, TODD, FIGEL
 & FREDERICK, P.L.L.C.**
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
(202) 326-7900
jwebster@kellogghansen.com
apanner@kellogghansen.com
kfetterman@kellogghansen.com
dho@kellogghansen.com

*Counsel for Plaintiff Viamedia, Inc.*

## CERTIFICATE OF SERVICE

I, Richard J. Prendergast, an attorney of record in the above-captioned case, hereby certify that on December 18, 2017, I caused to be served a true and correct copy of **VIAMEDIA, INC.'S MOTION FOR LEAVE TO WITHDRAW PETER RATNER AS ONE OF THE COUNSEL OF RECORD FOR DEFENDANTS** upon the following counsel via electronic means:

**Ross Benjamin Bricker**
**Sally Kristen Sears Coder**
**Thomas Edward Quinn**
Jenner & Block LLP
353 N. Clark Street
Chicago, IL 60654
(312) 222-9350
rbricker@jenner.com
ssearscoder@jenner.com
tquinn@jenner.com

**Arthur Burke**
**David B. Toscano**
Davis, Polk & Wardwell
450 Lexington Street
New York, NY 10017
(212) 450-4000
arthur.burke@dpw.com
david.toscano@davispolk.com

/s/ Richard J. Prendergast