UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.1
Eastern Division

Viamedia, Inc.
                                  Plaintiff,

v.                                                      Case No.: 1:16−cv−05486
                                                             Honorable Amy J. St. Eve

Comcast Corporation, et al.
                                 Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, January 25, 2018:

       MINUTE entry before the Honorable Amy J. St. Eve: Defendants' Motion for leave to file Memoranda and Supporting Exhibits in Support of Defendants' Daubert Motions and Motion to Strike Under Seal [222] is granted. Mailed notice(kef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.