## IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN DISTRICT OF ILLINOIS

Viamedia, Inc.,

Plaintiff(s),

v.

Comcast Corporation and Comcast Spotlight, Inc.,

Defendant(s).

Case No. 16-cv-5486
Judge Amy J. St. Eve

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $         ,

    which ☐ includes         pre–judgment interest.
    ☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

---

☒ in favor of defendant(s) Comcast Corporation and Comcast Spotlight, Inc.
and against plaintiff(s) Viamedia, Inc.

Defendant(s) shall recover costs from plaintiff(s).

---

☐ other:

---

This action was *(check one)*:

☐ tried by a jury with Judge       presiding, and the jury has rendered a verdict.
☐ tried by Judge       without a jury and the above decision was reached.
☒ decided by Judge Amy J. St. Eve on a motion for summary judgment.

Date: 8/16/2018

Thomas G. Bruton, Clerk of Court

Katie Franc , Deputy Clerk