**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF
ILLINOIS EASTERN DIVISION**

| | |
|---|---|
| VIAMEDIA, INC., <br><br> Plaintiff, <br><br> v. <br><br> COMCAST CORPORATION and COMCAST SPOTLIGHT, LP, <br><br> Defendants. | No. 16 C 5486 <br><br> Honorable Amy J. St. Eve |

**NOTICE OF APPEAL**

**PLEASE TAKE NOTICE** that Plaintiff in the above-captioned case hereby appeals to the United States Court of Appeals for the Seventh Circuit from the Judgment (ECF No. 357) against Plaintiffs entered in this action on August 16, 2018, and from all rulings, decisions, orders, and opinions incorporated into that Judgment, including without limitation the court's Memorandum Opinion and Order (ECF No. 356) filed on August 16, 2017.

Dated: August 24, 2018

Respectfully Submitted,

/s/ *Aaron M. Panner*
James M. Webster, III (*pro hac vice*)
Aaron M. Panner (*pro hac vice*)
Derek T. Ho (*pro hac vice*)
Kenneth M. Fetterman (*pro hac vice*)
**KELLOGG, HANSEN, TODD,
 FIGEL & FREDERICK, P.L.L.C.**
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
(202) 326-7900
jwebster@kellogghansen.com
apanner@kellogghansen.com
dho@kellogghansen.com
kfetterman@kellogghansen.com

*Counsel for Plaintiff Viamedia, Inc.*

## **CERTIFICATE OF SERVICE**

      The undersigned certifies that, on August 24, 2018, a true and correct copy of the foregoing **NOTICE OF APPEAL** was electronically filed with the Clerk of the Court for the United States District Court for the Northern District of Illinois using the Court's CM/ECF system, which will send a notice of electronic filing to all counsel of record.

                                                /s/ *Aaron M. Panner*
                                                Aaron M. Panner