# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| VIAMEDIA, INC., ) ) ) Plaintiff, ) ) v. ) ) COMCAST CORPORATION and ) COMCAST SPOTLIGHT, LP, ) ) Defendants. ) ) | No. 16 C 5486<br><br>Honorable Amy J. St. Eve |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on **September 12, 2018 at 9:00 a.m.**, or as soon thereafter as counsel may be heard, we shall appear before the Honorable Amy J. St. Eve, or any other judge sitting in her stead in Room 1241 of the United States District Court for the Northern District of Illinois, Eastern Division, Dirksen Building, 219 South Dearborn Street, Chicago, Illinois, and then and there present the attached **Motion to Set Schedule for Briefing Defendants' Entitlement to Attorneys' Fees and For Exchange of Fee-Related Information.**

| | |
|---|---|
| Dated: September 6, 2018 | Respectfully submitted, |

                                                COMCAST CORPORATION AND
                                                COMCAST CABLE COMMUNICATIONS
                                                MANAGEMENT, LLC

/s/ *Ross B. Bricker*
Ross B. Bricker
Sally K. Sears Coder
Daniel T. Fenske
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, IL 60654-3456
Tel: (312) 222-9350
Fax: (312) 527-0484
rbricker@jenner.com
ssearscoder@jenner.com
dfenske@jenner.com

Arthur J. Burke (pro hac vice)
David B. Toscano (pro hac vice)
Christopher P. Lynch (pro hac vice)
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Tel: (212) 450-4000
Fax: (212) 701-5800
Arthur.Burke@davispolk.com
David.Toscano@davispolk.com
Christopher.Lynch@davispolk.com

*Attorneys for Defendants Comcast Corporation and Comcast Cable Communications Management, LLC*

## CERTIFICATE OF SERVICE

I, Sally K. Sears Coder, an attorney, certify that on September 6, 2018, I caused the foregoing **Notice of Motion** and **Motion to Set Schedule for Briefing Defendants' Entitlement to Attorneys' Fees and For Exchange of Fee-Related Information** to be served on all counsel of record listed via the Court's ECF system.

      /s/ Sally K. Sears Coder