# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

October 29, 2018

Before

JOEL M. FLAUM, *Circuit Judge*

| No. 18-2852 | VIAMEDIA, INCORPORATION, Plaintiff - Appellant<br><br>v.<br><br>COMCAST CORPORATION, and COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC, Defendants - Appellees |
|---|---|
| **Originating Case Information:** ||
| District Court No: 1:16-cv-05486<br>Northern District of Illinois, Eastern Division<br>District Judge Amy J. St. Eve ||

Upon consideration of the **MOTION OF PLAINTIFF-APPELLANT VIAMEDIA, INC. FOR LEAVE TO FILE OPENING BRIEF AND APPENDIX UNDER SEAL**, filed on October 25, 2018, by counsel for the PARTY,

**IT IS ORDERED** that the motion to seal is **DENIED** without prejudice to renewal in a motion that explains with specificity which portions of the brief and appendix should be sealed and provides authority to support the request to seal each redacted item. See Baxter Intern., Inc. v. Abbott Labs., 297 F.3d 544 (7th Cir. 2002). Any renewed motion is due on or before November 2, 2018.

form name: **c7_Order_3J**(form ID: **177**)