IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| VIAMEDIA, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 16 C 5486 |
| v. ) | |
| ) | Hon. Charles R. Norgle |
| COMCAST CORPORATION and ) | |
| COMCAST SPOTLIGHT, LP, ) | |
| ) | |
| Defendants. ) | |

## ORDER

Before the Court is Defendants' Motion to Set a Schedule for Briefing Defendants' Entitlement to Attorney's Fees and for Exchange of Fee-Related Information [362]. The motion is denied. See Barrington Press, Inc. v. Morey, 816 F.2d 341, 343 (7th Cir. 1987) (District Courts maintain broad discretion to rule on a motion for attorneys' fees even after an appeal is filed.)

The Court takes judicial notice of the following. See Massachusetts v. Westcott, 431 U.S. 322 (1977). On August 16, 2018, Judge St. Eve entered judgment in this case; Viamedia, Inc. appealed. See Dkt. 359. After oral argument, the case was taken under advisement by the Seventh Circuit on February 7, 2019. Viamedia, Inc. v. Comcast Corporation, et. al., No. 18-2852, Dkt. No. 66 (7th Cir.).

Given the Seventh Circuit's forthcoming and imminent decision, the Court finds that waiting for the decision before briefing the fees issue to be the more prudent course. Therefore, at this time, Defendants' motion is denied.

IT IS SO ORDERED.

ENTER:

*[signature]*

CHARLES RONALD NORGLE, Judge
United States District Court

DATE: September 9, 2019