# United States Court of Appeals
**For the Seventh Circuit**
Chicago, Illinois 60604

February 24, 2020

*Before*

WILLIAM J. BAUER, *Circuit Judge*

DAVID F. HAMILTON, *Circuit Judge*

MICHAEL B. BRENNAN, *Circuit Judge*

| | |
|---|---|
| No. 18-2852 | |
| VIAMEDIA, INC.,<br>    *Plaintiff-Appellant*, | Appeal from the United States District Court for the Northern District of Illinois, Eastern Division. |
| *v*. | |
| COMCAST CORPORATION, et al.,<br>    *Defendants-Appellees*. | No. 1:16-cv-05486<br><br>**Amy J. St. Eve**,<br>*Judge*. |

## ORDER ON SEALED EVIDENCE

After considering the parties' responses to our Order to Show Cause issued December 9, 2019, the following pages of the parties' appendices filed with this court are hereby UNSEALED and be available for public inspection:

> A116–20, A121–23, A135–64, A211–19, A230–36, A245–48, A553–57, A560, A564, A637, A648, A684–87, A782–90, A798–813, A886–87, DA664, DA685, DA687–88.

In addition, the court hereby ORDERS the parties to show cause why all other evidence filed under seal with this court should not be unsealed. The parties' responses shall be due 21 days from the issuance of this order.