**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

Case Title: Viamedia, Inc. v. Comcast Corp. and Comcast Cable Communications Mngmt., LLC

Case Number: 16 CV 5486

An appearance is hereby filed by the undersigned as attorney for:

Comcast Corporation and Comcast Cable Communications Managment, LLC

Attorney name (type or print): Michael T. Brody

Firm: Jenner & Block LLP

Street address: 353 N. Clark Street

City/State/Zip: Chicago, IL 60654

Bar ID Number: 06187223
(See item 3 in instructions)

Telephone Number: 312-923-2711

Email Address: mbrody@jenner.com

| Question | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? |  | ✔ |
| Are you acting as local counsel in this case? | ✔ |  |
| Are you a member of the court's trial bar? | ✔ |  |
| If this case reaches trial, will you act as the trial attorney? | ✔ |  |

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you
☐ Federal Defender
☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on September 30, 2020

Attorney signature: S/ Michael T. Brody
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015