# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

|  |  |
|---|---|
| VIAMEDIA, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> COMCAST CORPORATION and ) <br> COMCAST CABLE COMMUNICATIONS ) <br> MANAGEMENT, LLC, ) <br> ) <br> Defendants. ) | No. 16 C 5486 <br><br> Hon. Charles R. Norgle, Sr. |

## MOTION TO FILE UNDER SEAL
## DEFENDANTS' MOTION TO COMPEL RESPONSES TO
## INTERROGATORIES AND REQUESTS FOR PRODUCTION TO VIAMEDIA

Pursuant to Federal Rule of Civil Procedure 26(c) and Local Rule 26.2, Defendants Comcast Corporation and Comcast Cable Communications Management, LLC (successor to Comcast Spotlight, LP and together with Comcast Corporation, "Comcast") respectfully move the Court to enter an order granting them leave to file their Motion to Compel Responses to Comcast's Interrogatories and Requests for Production to Viamedia (the "Motion to Compel") and supporting exhibits under seal.

In support thereof, Comcast states as follows:

1. Today, November 5, 2020, Comcast filed the Motion to Compel. The Motion to Compel, and certain exhibits thereto, contain discovery responses that Viamedia designated as confidential on the face of its responses. Accordingly, and pursuant to Local Rule 26.2(c), Comcast has (1) provisionally filed the Motion to Compel and the supporting exhibits under seal; and (2) will also file a redacted version of the Motion to Compel that excludes the exhibits that

Viamedia has designated confidential, and that Comcast therefore seeks, by this motion, to maintain under seal.

2. The Seventh Circuit has recognized that a Court may shield certain filings from public inspection if "there is good cause for sealing a part or the whole of the record." *Citizens First Nat'l Bank of Princeton v. Cincinnati Ins. Co.*, 178 F.3d 943, 945 (7th Cir. 1999); *see also* Local Rule 26.2(b) (applying "good cause" standard). Under that test, the Court may seal filings if there are "legitimate concerns of confidentiality," *Grove Fresh Dist., Inc. v. Everfresh Juice Co.*, 24 F.3d 893, 898 (7th Cir. 1994), such as where the information in question "meet[s] the definition of trade secrets or other categories of bona fide long-term confidentiality," *Baxter Intern., Inc. v. Abbott Labs.*, 297 F.3d 544, 545 (7th Cir. 2002).

3. Here, references within the Motion to Compel, and the exhibits thereto, that Comcast seeks to file under seal have been designated confidential by Viamedia. As Judge St. Eve recognized in granting past motions to seal in this case—*see, e.g.*, Dkt. No. 154 (granting Viamedia's Motion to Seal), Dkt. No. 147 (granting Comcast's Motion to Seal)—the inclusion of such information in the Motion to Compel gives good cause to file the Motion to Compel and supporting exhibits under seal.

WHEREFORE, Comcast respectfully requests the Court enter an order granting it leave to file the Motion to Compel and supporting exhibits under seal.

Dated: November 5, 2020 Respectfully submitted,

                COMCAST CORPORATION AND
                COMCAST CABLE COMMUNICATIONS
                MANAGEMENT, LLC

/s/ *Ross B. Bricker*
Ross B. Bricker
Michael T. Brody
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, IL 60654-3456
Tel: (312) 222-9350
Fax: (312) 527-0484
rbricker@jenner.com
mbrody@jenner.com

Arthur J. Burke (pro hac vice)
David B. Toscano (pro hac vice)
Christopher P. Lynch (pro hac vice)
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Tel: (212) 450-4000
Fax: (212) 701-5800
Arthur.Burke@davispolk.com
David.Toscano@davispolk.com
Christopher.Lynch@davispolk.com

*Attorneys for Defendants Comcast Corporation and Comcast Cable Communications Management, LLC*

3

## CERTIFICATE OF SERVICE

I, Ross B. Bricker, an attorney, certify that on November 5, 2020, I caused the foregoing Motion to File Under Seal Defendants' Motion to Compel Responses to Interrogatories and Requests for Production to Viamedia to be served on all counsel of record listed via the Court's ECF system.

/s/ *Ross B. Bricker*