**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| VIAMEDIA, INC., <br><br>    Plaintiff, <br><br>v. <br><br>COMCAST CORPORATION and COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC, <br><br>    Defendants. | No. 16 C 5486 <br><br> Honorable Charles R. Norgle, Sr. |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE A DOCUMENT UNDER SEAL**

    Plaintiff Viamedia, Inc. ("Viamedia"), by and through its undersigned counsel, respectfully moves the Court, pursuant to Federal Rule of Civil Procedure 26(c) and Local Civil Rule 26.2, for leave to file a document under seal. In support, Viamedia states as follows:

    1.    Viamedia submits this Motion for Leave to File Under Seal one document (the "Document") filed in connection with Viamedia's Reply in Further Support of its Motion for Leave to Seek Reconsideration of the Court's Minute Order Dated December 11, 2020, dated December 18, 2020 (the "Reply").

    2.    The Document, which is attached as an exhibit to this motion, has been designated "Confidential" by Viamedia under the Agreed Confidentiality Order entered by this Court on December 2, 2016 (ECF No. 44).

    3.    Pursuant to Local Civil Rule 26.2, Viamedia has provisionally filed the Document under seal, and Viamedia has also simultaneously filed the Reply, with a placeholder for the Document.

    4.    Documents or portions thereof that contain trade secrets or other "legitimately

confidential information" that, if disclosed, could cause undue private or public harm may be kept under seal. *See e.g.*, *County Materials Corp. v. Allan Block Corp.*, 502 F.3d 730, 740 (7th Cir. 2007); *Citizens First Nat'l Bank v. Cincinnati Ins. Co.*, 178 F.3d 943, 944-46 (7th Cir. 1999). The Court, upon a proper showing that a document contains confidential commercial information may issue a protective order to maintain the confidentiality of that information. *E.g.*, *Citizens First*, 178 F.3d at 945-46. Here, the parties have been operating under the aforementioned Agreed Confidentiality Order entered by this Court on December 2, 2016. Sealing the document referenced below is consistent with that Agreed Confidentiality Order.

    WHEREFORE, Viamedia respectfully requests that the Court enter an Order pursuant to Federal Rule of Civil Procedure 26(c) and Local Civil Rule 26.2, granting Viamedia leave to file the Document under seal.

Dated: December 18, 2020

Respectfully submitted,

/s/ *Richard J. Prendergast*
James M. Webster, III (*pro hac vice*)
Aaron M. Panner (*pro hac vice*)
Kenneth M. Fetterman (*pro hac vice*)
Derek T. Ho (*pro hac vice*)
**KELLOGG, HANSEN, TODD, FIGEL
 & FREDERICK, P.L.L.C.**
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
(202) 326-7900
jwebster@kellogghansen.com
apanner@kellogghansen.com
kfetterman@kellogghansen.com
dho@kellogghansen.com


Richard J. Prendergast
Michael T. Layden
Collin M. Bruck
**RICHARD J. PRENDERGAST, LTD.**
111 W. Washington Street, Suite 1100
Chicago, Illinois 60602
(312) 641-0881
rprendergast@rjpltd.com
mlayden@rjpltd.com
cbruck@rjpltd.com

*Counsel for Plaintiff Viamedia, Inc.*

## **CERTIFICATE OF SERVICE**

I, Richard J. Prendergast, an attorney of record in the above-captioned case, hereby certify that on December 18, 2020, I caused to be served a true and correct copy of Plaintiff's Motion for Leave to File A Document Under Seal upon the following counsel via electronic means:

**Ross Benjamin Bricker**
Jenner & Block LLP
353 N. Clark Street
Chicago, IL 60654
(312) 222-9350
rbricker@jenner.com

**Arthur Burke**
**David B. Toscano**
Davis, Polk & Wardwell
450 Lexington Street
New York, NY 10017
(212) 450-4000
arthur.burke@dpw.com
david.toscano@davispolk.com

/s/ *Richard J. Prendergast*