# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| VIAMEDIA, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>COMCAST CORPORATION and COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC,<br><br>    Defendants. | Case No. 1:16-cv-05486<br><br>Honorable Charles R. Norgle |

## JOINT REQUEST FOR STATUS CONFERENCE

Plaintiff Viamedia, Inc. ("Viamedia") jointly with Defendants Comcast Corporation and Comcast Cable Communications Management, LLC (collectively, "Comcast") respectfully request a telephonic or video status conference with the Court to address the status of discovery in the case, including the pending discovery motions, and any other matters of concern to the Court.

Viamedia and Comcast have made progress towards completing document production, but the parties have outstanding disputes concerning the proper scope of documentary discovery and have yet to commence remand deposition discovery. The parties believe that a conference with this Court before proceeding to take remand depositions could promote judicial economy and minimize the possibilities of duplicative discovery and further delay. The parties therefore respectfully request a conference with the Court. The parties are available to participate by video or telephonically, if the Court prefers.

Prior to the conference, Comcast proposes that the parties submit status reports of no more than 5 pages each, including the status of discovery and the parties' discovery disputes, Comcast's pending petition for certiorari, and the schedule for the completion of tasks necessary to prepare the case for summary judgment motions and trial, if needed. Comcast believes that these short submissions would be helpful to the Court to facilitate presentation of the issues in this complex case.

Viamedia believes that burdening the Court with additional written submission about the foregoing matters would be cumulative and unnecessary, but Viamedia will of course make any further submission the Court would find helpful and is prepared to address any questions the Court might have.

Dated: April 9, 2021

Respectfully submitted,

| | |
|---|---|
| VIAMEDIA, INC. | COMCAST CORPORATION AND COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC |
| /s/ *Richard J. Prendergast* <br> Richard J. Prendergast <br> Michael T. Layden <br> RICHARD J. PRENDERGAST, LTD. <br> 111 W. Washington, Suite 1100 <br> Chicago, IL 60602 <br> Tel: (312) 641-0881 <br> rprendergast@rjpltd.com <br> mlayden@rjpltd.com | /s/ *Ross Bricker* <br> Ross B. Bricker <br> Michael T. Brody <br> JENNER & BLOCK LLP <br> 353 N. Clark Street <br> Chicago, IL 60654-3456 <br> Tel: (312) 222-9350 <br> Fax: (312) 527-0484 <br> rbricker@jenner.com <br> mbrody@jenner.com |
| James M. Webster, III (pro hac vice) <br> Aaron M. Panner (pro hac vice) <br> Derek T. Ho (pro hac vice) <br> Leslie V. Pope (pro hac vice) <br> KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, PLLC <br> 1615 M Street, NW, Suite 400 <br> Washington, DC 20036 <br> Tel: (202) 326-7900 <br> jwebster@kellogghansen.com <br> apanner@kellogghansen.com <br> dho@kellogghansen.com <br> lpope@kellogghansen.com | Arthur J. Burke (pro hac vice) <br> David B. Toscano (pro hac vice) <br> Christopher P. Lynch (pro hac vice) <br> DAVIS POLK & WARDWELL LLP <br> 450 Lexington Avenue <br> New York, New York 10017 <br> Tel: (212) 450-4000 <br> Fax: (212) 701-5800 <br> Arthur.Burke@davispolk.com <br> David.Toscano@davispolk.com <br> Christopher.Lynch@davispolk.com |
| *Attorneys for Plaintiffs Viamedia, Inc.* | *Attorneys for Defendants Comcast Corporation and Comcast Cable Communications Management, LLC* |

## **CERTIFICATE OF SERVICE**

      I, Richard J. Prendergast, an attorney of record in the above-captioned case, hereby certify that on, I caused to be served a true and correct copy of Joint Request for Status Conference upon all counsel of record via electronic means on this 9th day of April, 2021.

                                                        /s/ Richard J. Prendergast