

**United States District Court**
**Northern District of Illinois**

In the Matter of

VIAMEDIA, INC.

v.

COMCAST CORPORATION

Magistrate Sheila M. Finnegan

Case No. 16-CV-5486

### TRANSFER OF CASE TO THE EXECUTIVE COMMITTEE FOR A REFERRAL TO MAGISTRATE JUDGE

The above captioned case is currently pending on my calendar. I recommend to the Executive Committee that this case be referred to the calendar of Magistrate Judge Sheila Finnegan, the magistrate judge designated pursuant to Local Rule 72.1. The reasons for my recommendation are indicated on the reverse of this form.

*Charles R. Norgle*
**Judge Charles R. Norgle**

Date: Tuesday, April 13, 2021

---

### ORDER OF THE EXECUTIVE COMMITTEE

IT IS HEREBY ORDERED that the above captioned case be referred to the calendar of Magistrate Judge Sheila Finnegan

**ENTER**

**FOR THE EXECUTIVE COMMITTEE**

Date: April 13, 2021

*Rebecca R. Pallmeyer*
Chief Judge Rebecca R. Pallmeyer

District Referral - To Designated Magistrate Judge

## CIVIL PROCEDURES

**Conduct hearings and enter appropriate orders on the following pretrial motion/matter:**

- Pretrial Conference under Rule 16

- Discovery Motion(s) specified below

- All Discovery Motions

- Discovery Supervision

- Discovery Conference under Rule 26(f)

- Settlement Conference

- Preparation of Pretrial Materials

- Conduct necessary proceedings and enter Order/Report and Recommendation on all nondispositive pretrial motions through filing of pretrial materials including final pretrial order, with the exceptions or additions specified below.

- Perform such additional duties as are not inconsistent with the Constitution and laws of the United States, as specifically set forth below.

................................................................................................................................................................

EXCEPTIONS OR ADDITIONS:
All pretrial matters.

District Referral - To Designated Magistrate Judge