**UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.3
Eastern Division**

Viamedia, Inc.
                              Plaintiff,

v.                                                                      Case No.: 1:16−cv−05486
                                                                       Honorable Charles R. Norgle Sr.

Comcast Corporation, et al.
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, April 14, 2021:

      MINUTE entry before the Honorable Sheila M. Finnegan: By 4/21/2021, the parties are to submit status reports of no more than 5 pages each, including the status of discovery and discovery disputes, and a proposed case schedule. They may also indicate a suggested prioritization of pending motions. Telephone status hearing is set for 4/23/2021 at 10:30 a.m. The toll−free number for the hearing is 877−336−1831, access code 5995354. Persons granted remote access to proceedings are reminded of the prohibition against recording and rebroadcasting of court proceedings. Violation of the prohibition may result in sanctions. Mailed notice (sxw)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.