# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| VIAMEDIA, INC., | ) |
|     Plaintiff, | ) |
| | ) No. 16 C 5486 |
| v. | ) |
| | ) Hon. Charles R. Norgle, Sr. |
| COMCAST CORPORATION and | ) |
| COMCAST CABLE COMMUNICATIONS | ) Hon. Sheila M. Finnegan, |
| MANAGEMENT, LLC, | ) Magistrate Judge |
|     Defendants. | ) |

## COMCAST'S NOTICE OF DECISION ON CERTIORARI PETITION

Defendants ("Comcast") respectfully submit this notice to advise the Court that, on June 28, 2021, the Supreme Court denied Comcast's petition for a writ of certiorari to review the decision of the Seventh Circuit in this case.[1]

Comcast intends to meet and confer with Plaintiff Viamedia, Inc. regarding the schedule for further proceedings promptly after decision on the parties' pending motions concerning remand discovery disputes (Dkt. 401, 410), and will submit any agreed or contested application regarding the schedule to the Court.

---

[1] *See* Order List at 7, https://www.supremecourt.gov/orders/courtorders/062821zor_6j37.pdf.

| | |
|---|---|
| Dated: June 28, 2021 | Respectfully submitted, |

                                                COMCAST CORPORATION AND
COMCAST CABLE COMMUNICATIONS
MANAGEMENT, LLC

/s/ *Ross B. Bricker*
Michael T. Brody
Ross B. Bricker
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, IL 60654-3456
Tel: (312) 222-9350
Fax: (312) 527-0484
rbricker@jenner.com
mbrody@jenner.com

Arthur J. Burke (pro hac vice)
David B. Toscano (pro hac vice)
Christopher P. Lynch (pro hac vice)
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Tel: (212) 450-4000
Fax: (212) 701-5800
Arthur.Burke@davispolk.com
David.Toscano@davispolk.com
Christopher.Lynch@davispolk.com

*Attorneys for Defendants Comcast Corporation and Comcast Cable Communications Management, LLC*

## **CERTIFICATE OF SERVICE**

I, Ross B. Bricker, an attorney, certify that on June 28, 2021, I caused **Comcast's Notice of Decision on Certiorari Petition** to be served on all counsel of record by means of the Court's ECF system.

/s/ *Ross B. Bricker*