# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| VIAMEDIA, INC., <br>     Plaintiff, <br> v. <br> COMCAST CORPORATION, AND COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC, <br>     Defendants. | No. 16 C 5486 <br><br> Hon. Charles R. Norgle, Sr. <br><br> Hon. Sheila M. Finnegan, |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on August 20, 2021, or as soon thereafter as counsel may be heard, we shall appear before the Honorable Charles R. Norgle, Sr., or any other judge sitting in his stead in Room 2341 of the United States District Court for the Northern District of Illinois, Eastern Division, Dirksen Building, 219 South Dearborn Street, Chicago, Illinois, and then there present the **Motion for Leave for Matthew R. Huppert to Withdraw as Counsel of Record for Plaintiff**, copies of which are attached hereto and served upon you.

Dated: August 16, 2021

Respectfully submitted,

/s/ *Richard J. Prendergast*
James M. Webster, III (*pro hac vice*)
Aaron M. Panner (*pro hac vice*)
Kenneth M. Fetterman (*pro hac vice*)
Derek T. Ho (*pro hac vice*)
**KELLOGG, HANSEN, TODD, FIGEL**
 **& FREDERICK, P.L.L.C.**
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
(202) 326-7900
jwebster@kellogghansen.com
apanner@kellogghansen.com
kfetterman@kellogghansen.com
dho@kellogghansen.com

        Richard J. Prendergast
        Michael T. Layden
        Collin M. Bruck
        **RICHARD J. PRENDERGAST, LTD.**
        111 W. Washington Street, Suite 1100
        Chicago, Illinois 60602
        (312) 641-0881
        rprendergast@rjpltd.com
        mlayden@rjpltd.com
        cbruck@rjpltd.com
        ***Counsel for Plaintiff Viamedia, Inc***.