**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

|  |  |  |
|---|---|---|
| VIAMEDIA, INC., | ) ) ) | |
| Plaintiff, | ) | No. 16 C 5486 |
| | ) | |
| v. | ) | Hon. Charles R. Norgle, Sr. |
| | ) | |
| COMCAST CORPORATION and COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC, | ) ) ) | Hon. Sheila M. Finnegan, Magistrate Judge |
| | ) | |
| Defendants. | ) | |

**COMCAST'S MOTION TO FILE UNDER SEAL ITS**
**SUPPLEMENTAL MEMORANDUM AND EXHIBITS**

Defendants Comcast Corporation and Comcast Cable Communications Management,

LLC (collectively "Comcast") respectfully move the Court for leave to file its Supplemental

Memorandum in Opposition to Viamedia's Motion for Protective Order under seal, pursuant to

Federal Rule of Civil Procedure 26(c) and Local Rule 26.2.

In support thereof, Comcast states as follows:

1.      Today, September 28, 2021, Comcast filed its Motion for Leave to File a

Supplemental Memorandum in Opposition to Viamedia's Motion for Protective Order. The

Motion attaches Comcast's Supplemental Memorandum in Opposition to Viamedia's Motion for

Protective Order Motion, which contains references to and attaches exhibits, which Viamedia has

designated as highly confidential, including the deposition of Anita James.  Accordingly, under

the Protective Order in this Case, Dkt. 44, and pursuant to Local Rule 26.2(c), Comcast has

provisionally filed the Supplemental Memorandum and its exhibits under seal.  Comcast also

will file a redacted version of the Supplemental Memorandum and its exhibits excluding portions that Comcast seeks, by this motion, to maintain under seal.

2.      As the Seventh Circuit has recognized, a Court may keep documents or portions thereof under seal if "there is good cause for sealing a part or the whole of the record." *Citizens First Nat'l Bank of Princeton v. Cincinnati Ins. Co.*, 178 F.3d 943, 945 (7th Cir. 1999); *see also* Local Rule 26.2(b) (applying "good cause" standard). Accordingly, the Court may seal filings if there are "legitimate concerns of confidentiality," *Grove Fresh Dist., Inc. v. Everfresh Juice Co.*, 24 F.3d 893, 898 (7th Cir. 1994), such as where the information in question "meet[s] the definition of trade secrets or other categories of bona fide long-term confidentiality," *Baxter Intern., Inc. v. Abbott Labs.*, 297 F.3d 544, 545 (7th Cir. 2002).

3.      Here, the Comcast's Supplemental Opposition to Viamedia's Motion for Protective Order, contains references to and attaches a deposition transcript and exhibits that Viamedia has designated as highly confidential or confidential or has previously filed under seal. The inclusion of such information in the Supplemental Memorandum and its exhibits presents a legitimate concern of confidentiality and gives good cause to file the Supplemental Memorandum and its exhibit under seal.

WHEREFORE, Comcast respectfully requests the Court enter an order granting it leave to file the Supplemental Memorandum and its exhibit under seal.

Dated:    September 28, 2021          Respectfully submitted,


COMCAST CORPORATION AND
COMCAST CABLE COMMUNICATIONS
MANAGEMENT, LLC

/s/ *Ross B. Bricker*
Ross B. Bricker
Michael T. Brody
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, IL 60654-3456
Tel: (312) 222-9350
Fax: (312) 527-0484
rbricker@jenner.com
mbrody@jenner.com

Arthur J. Burke (pro hac vice)
David B. Toscano (pro hac vice)
Christopher P. Lynch (pro hac vice)
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Tel: (212) 450-4000
Fax: (212) 701-5800
Arthur.Burke@davispolk.com
David.Toscano@davispolk.com
Christopher.Lynch@davispolk.com

*Attorneys for Defendants Comcast*
*Corporation and Comcast Cable*
*Communications Management, LLC*

## CERTIFICATE OF SERVICE

I, Ross B. Bricker, an attorney, certify that on September 28, 2021, I caused **Comcast's Motion to File Under Seal Its Supplemental Memorandum in Opposition to Viamedia's Motion for Protective Order and Exhibits** to be served on all counsel of record listed via the Court's ECF system.


/s/ *Ross B. Bricker*