**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| VIAMEDIA, INC., | ) ) ) | |
| Plaintiff, | ) ) | No. 16 C 5486 |
| v. | ) ) ) | Hon. Charles R. Norgle, Sr. |
| COMCAST CORPORATION and COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC, | ) ) ) ) | Hon. Sheila M. Finnegan, Magistrate Judge |
| Defendants. | ) ) | |

**MOTION FOR LEAVE FOR OLGA KOGAN TO WITHDRAW AS COUNSEL OF RECORD FOR THE DEFENDANTS**

Pursuant to Local Rule 83.17, Defendants Comcast Corporation and Comcast Cable Communications Management, LLC (successor to Comcast Spotlight, LP and together with Comcast Corporation, "Comcast") respectfully request that this Court enter an order granting Olga Kogan leave to withdraw as counsel of record. In support, Comcast states as follows:

1. On September 19, 2017, Kogan entered an appearance for Comcast in this case after this Court granted her leave to appear pro hac vice on September 19, 2017. *See* Dkts. 184, 186.

2. Kogan will soon be leaving the firm of Davis Polk & Wardwell LLP and will no longer represent Comcast in this case.

3. Other counsel of record, including the undersigned, will continue to represent Comcast in this case.

1

WHEREFORE, Comcast respectfully requests this Court enter an order granting Olga Kogan leave to withdraw as counsel of record for Comcast.

Dated:   September 30, 2021                     Respectfully submitted,

                                                       COMCAST CORPORATION AND
                                                       COMCAST CABLE COMMUNICATIONS
                                                       MANAGEMENT, LLC

/s/ *Ross B. Bricker*
Ross B. Bricker
Michael T. Brody
JENNER & BLOCK LLP
353 N. Clark Street Chicago,
IL 60654-3456
Tel: (312) 222-9350
Fax: (312) 527-0484
rbricker@jenner.com
mbrody@jenner.com

Arthur J. Burke (*pro hac vice*)
David B. Toscano (*pro hac vice*)
Christopher Lynch (*pro hac vice*)
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Tel: (212) 450-4000
Fax: (212) 701-5800
Arthur.Burke@davispolk.com
David.Toscano@davispolk.com
Christopher.Lynch@davispolk.com

*Attorneys for Defendants Comcast Corporation and Comcast Cable Communications Management, LLC*