**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| VIAMEDIA, INC., )<br>    Plaintiff, )<br>)<br>v. )<br>)<br>COMCAST CORPORATION and )<br>COMCAST CABLE COMMUNICATIONS )<br>MANAGEMENT, LLC, )<br>    Defendants. ) | No. 16 C 5486<br><br>Hon. Charles R. Norgle, Sr.<br><br>Hon. Sheila M. Finnegan,<br>Magistrate Judge |

**COMCAST'S MOTION TO FILE UNDER SEAL EXHIBIT B
TO ITS MOTION TO COMPEL INTERROGATORY RESPONSES**

Defendants Comcast Corporation and Comcast Cable Communications Management, LLC (collectively "Comcast") respectfully move the Court for leave to file Exhibit B to its Motion to Compel Interrogatory Responses under seal, pursuant to Federal Rule of Civil Procedure 26(c) and Local Rule 26.2.

In support thereof, Comcast states as follows:

1. Today, April 29, 2022, Comcast filed its Motion to Compel Interrogatory Responses. The Motion attaches Exhibit B, which Viamedia has designated as confidential. Accordingly, under the Protective Order in this Case, Dkt. 44, and pursuant to Local Rule 26.2(c), Comcast has provisionally filed Exhibit B to the Motion to Compel Interrogatory Responses under seal.

2. As the Seventh Circuit has recognized, a Court may keep documents or portions thereof under seal if "there is good cause for sealing a part or the whole of the record." *Citizens First Nat'l Bank of Princeton v. Cincinnati Ins. Co.*, 178 F.3d 943, 945 (7th Cir. 1999); *see also*

Local Rule 26.2(b) (applying "good cause" standard). Accordingly, the Court may seal filings if there are "legitimate concerns of confidentiality," *Grove Fresh Dist., Inc. v. Everfresh Juice Co.*, 24 F.3d 893, 898 (7th Cir. 1994), such as where the information in question "meet[s] the definition of trade secrets or other categories of bona fide long-term confidentiality," *Baxter Intern., Inc. v. Abbott Labs.*, 297 F.3d 544, 545 (7th Cir. 2002).

3. Here, Viamedia has designated Exhibit B to Comcast's Motion to Compel Interrogatory Responses as confidential. This presents a legitimate concern of confidentiality and gives good cause to file Exhibit B under seal.

WHEREFORE, Comcast respectfully requests the Court enter an order granting it leave to file Exhibit B to its Motion to Compel Interrogatory Responses under seal.

Dated: May 2, 2022  Respectfully submitted,

        COMCAST CORPORATION AND
        COMCAST CABLE COMMUNICATIONS
        MANAGEMENT, LLC

        /s/ *Ross B. Bricker*
        Ross B. Bricker
        Michael T. Brody
        JENNER & BLOCK LLP
        353 N. Clark Street
        Chicago, IL 60654-3456
        Tel: (312) 222-9350
        Fax: (312) 527-0484
        rbricker@jenner.com
        mbrody@jenner.com

        Arthur J. Burke (pro hac vice)
        David B. Toscano (pro hac vice)
        Christopher P. Lynch (pro hac vice)
        DAVIS POLK & WARDWELL LLP
        450 Lexington Avenue
        New York, New York 10017
        Tel: (212) 450-4000
        Fax: (212) 701-5800
        Arthur.Burke@davispolk.com
        David.Toscano@davispolk.com
        Christopher.Lynch@davispolk.com

        *Attorneys for Defendants Comcast*
        *Corporation and Comcast Cable*
        *Communications Management, LLC*

## **CERTIFICATE OF SERVICE**

I, Ross B. Bricker, an attorney, certify that on May 2, 2022, I caused **Comcast's Motion to File Under Seal Exhibit B to Its Motion to Compel Interrogatory Responses** to be served on all counsel of record listed via the Court's ECF system.

/s/ *Ross B. Bricker*