IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| VIAMEDIA, INC., | ) | |
| Plaintiff, | ) ) ) | No. 16 C 5486 |
| v. | ) ) ) | Hon. Charles R. Norgle, Sr. |
| COMCAST CORPORATION and COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC, | ) ) ) ) | Hon. Sheila M. Finnegan, Magistrate Judge |
| Defendants. | ) ) | |

**COMCAST'S MOTION TO FILE UNDER SEAL ITS REPLY IN SUPPORT OF ITS MOTION TO COMPEL INTERROGATORY RESPONSES**

Defendants Comcast Corporation and Comcast Cable Communications Management, LLC (collectively "Comcast") respectfully move the Court for leave to file its Reply in Support of Its Motion to Compel Interrogatory Responses, and accompanying exhibits, under seal, pursuant to Federal Rule of Civil Procedure 26(c) and Local Rule 26.2.

In support thereof, Comcast states as follows:

1. Today, May 23, 2022, Comcast filed its Reply in Support of Its Motion to Compel Interrogatory Responses. The Reply contains references to and attached exhibits which Viamedia has designated as confidential. Accordingly, under the Protective Order in this Case, Dkt. 44, and pursuant to Local Rule 26.2(c), Comcast has provisionally filed the Reply and its accompanying exhibits under seal.

2. As the Seventh Circuit has recognized, a Court may keep documents or portions thereof under seal if "there is good cause for sealing a part or the whole of the record." *Citizens First Nat'l Bank of Princeton v. Cincinnati Ins. Co.*, 178 F.3d 943, 945 (7th Cir. 1999); *see also*

Local Rule 26.2(b) (applying "good cause" standard). Accordingly, the Court may seal filings if there are "legitimate concerns of confidentiality," *Grove Fresh Dist., Inc. v. Everfresh Juice Co.*, 24 F.3d 893, 898 (7th Cir. 1994), such as where the information in question "meet[s] the definition of trade secrets or other categories of bona fide long-term confidentiality," *Baxter Intern., Inc. v. Abbott Labs.*, 297 F.3d 544, 545 (7th Cir. 2002).

3. Here, Viamedia has designated information contained in the Reply and its accompanying exhibits as confidential. This presents a legitimate concern of confidentiality and gives good cause to file the Reply and its accompanying exhibits under seal.

WHEREFORE, Comcast respectfully requests the Court enter an order granting it leave to file its Reply in Support of Its Motion to Compel Interrogatory Responses, and accompanying exhibits, under seal.

| | |
|---|---|
| Dated: May 23, 2022 | Respectfully submitted,<br><br>COMCAST CORPORATION AND<br>COMCAST CABLE COMMUNICATIONS<br>MANAGEMENT, LLC<br><br>/s/ *Ross B. Bricker*<br>Ross B. Bricker<br>Michael T. Brody<br>JENNER & BLOCK LLP<br>353 N. Clark Street<br>Chicago, IL 60654-3456<br>Tel: (312) 222-9350<br>Fax: (312) 527-0484<br>rbricker@jenner.com<br>mbrody@jenner.com<br><br>Arthur J. Burke (pro hac vice)<br>David B. Toscano (pro hac vice)<br>Christopher P. Lynch (pro hac vice)<br>DAVIS POLK & WARDWELL LLP<br>450 Lexington Avenue<br>New York, New York 10017<br>Tel: (212) 450-4000<br>Fax: (212) 701-5800<br>Arthur.Burke@davispolk.com<br>David.Toscano@davispolk.com<br>Christopher.Lynch@davispolk.com<br><br>*Attorneys for Defendants Comcast*<br>*Corporation and Comcast Cable*<br>*Communications Management, LLC* |

## **CERTIFICATE OF SERVICE**

I, Ross B. Bricker, an attorney, certify that on May 23, 2022, I caused **Comcast's Motion to File Under Seal Its Reply in Support of Its Motion to Compel Interrogatory Responses** to be served on all counsel of record listed via the Court's ECF system.

/s/ *Ross B. Bricker*