**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| VIAMEDIA, INC., | |
| Plaintiff, | No. 16-cv-5486 |
| v. | Hon. Sharon Johnson Coleman, District Judge |
| COMCAST CORPORATION and COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC, | |
| Defendants. | |

**JOINT STATUS REPORT**

Viamedia and Comcast submit this joint status report in response to the Court's October 14, 2025, Minute Order (Dkt. 754) requiring the parties "to submit a joint status report . . . stating their proposals to proceed with this case, including proposed dates for trial." The parties propose to proceed by setting a firm date for trial; setting a firm date on which to submit the Court's Final Pretrial Order; and once those dates are set, negotiating a detailed schedule to prepare the Final Pretrial Order. The parties provide additional information relevant to these issues below:

1. **Expected Trial Length.** The parties anticipate that trial in this case will take approximately four weeks, subject to the number of trial days per week and the number of trial hours per day.

   a. Viamedia expects its case-in-chief, with reasonable cross examination, will take no longer than two weeks.

   b. Comcast expects that its defense, with reasonable cross examination, will take approximately two weeks.

1

2. **Proposed Dates for Trial.**

   a. Viamedia is available for trial at any time in 2026 and proposes to proceed at the Court's soonest availability.

   b. Comcast is generally available for trial during 2026, but does not believe it is practical to commence a trial before the third quarter of 2026 given the extensive record in this complex antitrust case, the passage of time between the filing and resolution of Comcast's summary judgment motion and the parties' *Daubert* motions, the significant third-party evidence and related confidentiality issues, and to provide the parties and the Court with a realistic opportunity to address pretrial issues.

3. **Final Pretrial Order.**

   a. Viamedia proposes that the parties submit the Court's Final Pretrial Order three weeks before the first day of trial.

   b. Comcast proposes that the parties submit the Court's Final Pretrial Order 75 days before the first day of trial.

4. **Pretrial Schedule.** The parties will negotiate and submit as a stipulated order for the Court to sign a detailed schedule for preparing the Court's Final Pretrial Order. The parties will submit the proposed schedule to the Court no later than November 21, 2025.

5. **Motion for Interlocutory Appeal.** Comcast intends to file a motion to certify interlocutory appeal pursuant to 28 U.S.C. § 1292(b) on a separate briefing schedule as determined by the Court.

October 24, 2025

VIAMEDIA, INC.

/s/ *Richard J. Prendergast*

Richard J. Prendergast
Michael T. Layden
CROKE FAIRCHILD
DUARTE & BERES LLC
191 N. Wacker Dr., 31st Floor
Chicago, Illinois 60606
Tel: (312) 641-0881
rprendergast@rjpltd.com
mayden@rjpltd.com

James M. Webster III (pro hac vice)
Aaron M. Panner (pro hac vice)
Derek T. Ho (pro hac vice)
Kenneth M. Fetterman (pro hac vice)
KELLOGG, HANSEN, TODD,
FIGEL & FREDERICK, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
(202) 326-7900
jwebster@kellogghansen.com
apanner@kellogghansen.com
dho@kellogghansen.com
kfetterman@kellogghansen.com

*Attorneys for Plaintiff Viamedia, Inc.*

Respectfully submitted,

COMCAST CORPORATION AND
COMCAST CABLE COMMUNICATIONS
MANAGEMENT, LLC

/s/ *Ross B. Bricker*

Ross B. Bricker
Michael T. Brody
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, IL 60654-3456
Tel: (312) 222-9350
Fax: (312) 527-0484
rbricker@jenner.com
mbrody@jenner.com

Arthur J. Burke (pro hac vice)
David B. Toscano (pro hac vice)
Christopher P. Lynch (pro hac vice)
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Tel: (212) 450-4000
Fax: (212) 701-5800
Arthur.Burke@davispolk.com
David.Toscano@davispolk.com
Christopher.Lynch@davispolk.com

*Attorneys for Defendants Comcast
Corporation and Comcast Cable
Communications Management, LLC*

3

## <u>CERTIFICATE OF SERVICE</u>

Michael T. Layden, an attorney, certifies that he caused a copy of the **Joint Status Report** to be served upon all counsel of record via the Court's ECF system, on this 24th day of October, 2025.

/s/ *Michael T. Layden*