**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| VIAMEDIA, INC., | |
| Plaintiff, | No. 16-cv-5486 |
| v. | Hon. Sharon Johnson Coleman, District Judge |
| COMCAST CORPORATION and COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC, | |
| Defendants. | |

**JOINT STATUS REPORT**

Viamedia and Comcast submit this joint status report pursuant to the parties' submission dated October 24, 2025 (Dkt. 760), which stated that the parties would submit a proposed pretrial schedule by no later than November 21, 2025. The parties have exchanged draft proposals and continue to meet and confer towards reaching agreement on a proposed stipulated schedule. The parties anticipate submitting a proposed pretrial schedule (including identifying any areas of disagreement) prior to the status conference set for December 3, 2025.

1

November 21, 2025

VIAMEDIA, INC.

/s/ *Richard J. Prendergast*

Richard J. Prendergast
Michael T. Layden
CROKE FAIRCHILD
DUARTE & BERES LLC
191 N. Wacker Dr., 31st Floor
Chicago, Illinois 60606
Tel: (312) 641-0881
rprendergast@rjpltd.com
mayden@rjpltd.com

James M. Webster III (pro hac vice)
Aaron M. Panner (pro hac vice)
Derek T. Ho (pro hac vice)
Kenneth M. Fetterman (pro hac vice)
KELLOGG, HANSEN, TODD,
FIGEL & FREDERICK, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
(202) 326-7900
jwebster@kellogghansen.com
apanner@kellogghansen.com
dho@kellogghansen.com
kfetterman@kellogghansen.com

*Attorneys for Plaintiff Viamedia, Inc.*

Respectfully submitted,

COMCAST CORPORATION AND
COMCAST CABLE COMMUNICATIONS
MANAGEMENT, LLC

/s/ *Ross B. Bricker*

Ross B. Bricker
Michael T. Brody
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, IL 60654-3456
Tel: (312) 222-9350
Fax: (312) 527-0484
rbricker@jenner.com
mbrody@jenner.com

Arthur J. Burke (pro hac vice)
David B. Toscano (pro hac vice)
Christopher P. Lynch (pro hac vice)
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Tel: (212) 450-4000
Fax: (212) 701-5800
Arthur.Burke@davispolk.com
David.Toscano@davispolk.com
Christopher.Lynch@davispolk.com

*Attorneys for Defendants Comcast
Corporation and Comcast Cable
Communications Management, LLC*

2