# Exhibit E

| | |
|---|---|
| **From:** | Wilkins, Matthew J. |
| **To:** | Burke, Arthur J.; Toscano, David B.; Hartman, Benjamin J.; Lynch, Christopher; Bricker, Ross B |
| **Cc:** | Webster, James M.; White, Collin R. |
| **Subject:** | Viamedia v. Comcast - Supplemental Disclosure |
| **Date:** | Thursday, November 13, 2025 7:08:00 PM |
| **Attachments:** | 2025 11 13 Viamedia"s Third Supplemental Disclosure.pdf |

Counsel:

Please find attached Viamedia's Third Supplemental Rule 26 Disclosure. The crux of the disclosure is that Viamedia may rely upon the testimony of Ken Little – the former Chief Operating Officer of Ampersand (formerly NCC) – to prove its case.

Kellogg Hansen represents Mr. Little. We have confirmed that he possesses no documents relevant to this case. We are available to schedule a deposition. Please let us know your availability.

Best,
Matthew


**Matthew J. Wilkins**

Kellogg, Hansen, Todd, Figel, & Frederick, P.L.L.C.

1615 M Street, N.W. | Suite 400 | Washington, DC 20036 | (202) 326-7912

NOTICE: This transmission is intended only for the use of the addressee and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately via reply e-mail, and then destroy all instances of this communication. Thank you.

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| VIAMEDIA, INC., <br><br>    Plaintiff, <br><br>v. <br><br>COMCAST CORPORATION and COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC, <br><br>    Defendants. | No. 16-cv-5486 <br><br>Hon. Sharon Johnson Coleman, <br>    District Judge |

**PLAINTIFF'S THIRD SUPPLEMENTAL DISCLOSURE
PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26(e)(1)(A)**

Pursuant to Federal Rule of Civil Procedure 26(e)(1)(A), Plaintiff Viamedia, Inc. ("Viamedia"), by and through its undersigned counsel, hereby makes the following supplemental disclosure in the above-referenced matter. This disclosure is based only on information presently known to Viamedia, and which Viamedia reasonably believes it may use in support of its claims. Viamedia reserves its right to amend, modify, or supplement these disclosures, including by identifying additional persons with knowledge, documents, and other pertinent information.

In addition to the information disclosed by Viamedia in its Rule 26(a) Initial Disclosures, dated August 26, 2016; its Rule 26(a) Supplemental Disclosures, dated July 27, 2017; and its Rule 26(a) Second Supplemental Disclosures, dated October 6, 2017, Viamedia discloses the following individual who is likely to have discoverable information that Viamedia may use to support its claims:

1

| Name | Title and Contact Info. | Subject Matter |
|---|---|---|
| Ken Little | Former Chief Operating Officer of Ampersand (formerly NCC)<br><br>c/o Kellogg, Hansen, Todd, Figel & Frederick P.L.L.C.,<br>1615 M Street N.W., Suite 400,<br>Washington, D.C. 20036<br>(202) 326-7900 | Comcast's anticompetitive conduct; Comcast's anticompetitive intent |

Dated: November 13, 2025

Respectfully submitted,

/s/ *Richard J. Prendergast*
James M. Webster, III (*pro hac vice*)
Aaron M. Panner (*pro hac vice*)
Derek T. Ho (*pro hac vice*)
Kenneth M. Fetterman (*pro hac vice*)
Leslie V. Pope (*pro hac vice)*
**KELLOGG, HANSEN, TODD, FIGEL &
 FREDERICK, P.L.L.C.**
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
(202) 326-7900
jwebster@kellogghansen.com
apanner@kellogghansen.com
dho@kellogghansen.com
kfetterman@kellogghansen.com
lpope@kellogghansen.com

Richard J. Prendergast
Michael T. Layden
Collin M. Bruck
**CROKE FAIRCHILD
DUARTE & BERES LLC**
191 N. Wacker Dr., 31st Floor
Chicago, Illinois 60602
(312) 641-0881
rprendergast@crokefairchild.com
mlayden@crokefairchild.com

*Counsel for Plaintiff Viamedia, Inc.*

2

## **CERTIFICATE OF SERVICE**

I, Richard J. Prendergast, an attorney of record in the above-captioned case, hereby certify that on November 13, 2025, I caused to be served a true and correct copy of Plaintiff's Third Supplemental Disclosure Pursuant to Federal Rule of Civil Procedure 26(e)(1)(A) upon the following counsel via electronic means:

**Ross Benjamin Bricker**
Jenner & Block LLP
353 N. Clark Street
Chicago, IL 60654
(312) 222-9350
rbricker@jenner.com

**Arthur Burke**
**David B. Toscano**
Davis, Polk & Wardwell
450 Lexington Street
New York, NY 10017
(212) 450-4000
arthur.burke@dpw.com
david.toscano@davispolk.com

/s/ *Richard J. Prendergast*