# Exhibit F

**Davis Polk**

Arthur Burke
+1 212 450 4352
arthur.burke@davispolk.com

Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY 10017
davispolk.com

December 4, 2025

Re: *Viamedia, Inc. v. Comcast Corp., et al.*, Case No. 16-cv-5486 (N.D. Ill. 2016)

**VIA EMAIL**

Collin R. White, Esq.
Kellogg, Hansen, Todd, Figel & Frederick, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, DC 20036

Dear Collin:

  We write regarding Viamedia's purported Third Supplemental Rule 26 Disclosure dated November 13, 2025, which identifies Ken Little, former Chief Operating Officer of Ampersand (f/k/a NCC) and a member of Viamedia's board of directors, as likely to have discoverable information that Viamedia may use to support its claims.

  Viamedia now seeks to supplement its Rule 26(a) Initial Disclosures over three years after remand fact discovery closed on May 23, 2022. Viamedia has not explained why this supplement is timely at this late date. Nor has Viamedia disclosed how any information that Mr. Little supposedly possesses is relevant to this case at this time.

  To enable Comcast to evaluate more fully Viamedia's asserted supplemental disclosure, please provide additional information regarding Mr. Little and the information that he allegedly possesses that is relevant to this case, including:

- The date on which Viamedia first became aware that Mr. Little has personal knowledge of issues relevant to this case;

- A description of the specific factual matters as to which you believe Mr. Little has personal knowledge relevant to this case; and

- A description of the diligence that you conducted to confirm your representation that Mr. Little possesses no documents relevant to this case.

  Please let us know when we can expect this additional information. We are available to meet and confer about this issue as well.

  Comcast reserves all of its rights regarding Viamedia's purported Third Supplemental Rule 26 disclosure.

Sincerely,

 /s/ *Arthur Burke*

Arthur Burke