**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)**
**Eastern Division**

Viamedia, Inc.

                      Plaintiff,

v.

Comcast Corporation, et al.

                      Defendant.

Case No.: 1:16–cv–05486
Honorable Sharon Johnson Coleman

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, April 24, 2026:

      MINUTE entry before the Honorable Laura K. McNally. Video motion hearing held 4/24/26. For reasons stated on the record, Defendants' motion to modify the agreed confidentiality order [806] the motion is granted to allow Highly Confidential information to be viewed by individuals designated by the parties. The parties are to confer as to the number of individuals who will be given access to these materials, and they may propose additional modifications to the order governing the use of Highly Confidential information by individual given access. By 5/1/26, the parties shall send an agreed confidentiality order to the Court at proposed_order_mcnally@ilnd.uscourts.gov. As to discovery relating to Mr. Little described in [804], discovery may proceed on Mr. Little's conversations described in his declaration Ex. A to [780], his knowledge of information as described in paragraph 14 of his declaration, and his credibility/bias. Targeted written discovery, as discussed on the record, may also be served on Mr. Little, parties, and third parties. All such written discovery must be served by 4/29/26. The parties are to confer by phone or video regarding this written discovery by 5/1/26 and to file a status report (also due 5/1/26) reporting with specificity on any areas of disagreement. A video hearing is scheduled for 5/4/26 at 9:00 am to resolve any disputes as to the scope of these written requests. Responses, including production of documents, are due 5/13/26. Depositions shall proceed as follows: Charlie Thurston and Hank Oster may be deposed for up to one hour absent agreement of the parties. Other individuals who communicated with Mr. Little about the development of his declaration or the contents thereof may be deposed for up to two hours absent agreement of the parties. Deposition notices must be served by 5/15/26. Additional deposition notices may be issued after 5/15/26 only by agreement or leave of court. A video hearing is scheduled for 5/18/26 at 10:00 am to resolve any disputes regarding deponents. All depositions to be completed by 5/29/26. A joint status report is due 6/5/26. The parties are to appear at the video hearing by accessing the following link: https://us–courts.webex.com/meet/scott_white Parties who do not have access to a device with video capability and who intend to speak at the hearing must notify the courtroom deputy in advance and request the Court's permission to appear telephonically. Individuals may also listen via teleconference: 1–650–479–3207; Access code: 23166424339. Those not speaking during the hearing must mute themselves. Audio recording of the hearing is not permitted; violations of this prohibition may result in sanctions. Mailed notice (sxw)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.