## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)
### Eastern Division

Viamedia, Inc.

                Plaintiff,

v.

Comcast Corporation, et al.

                Defendant.

Case No.: 1:16–cv–05486

Honorable Sharon Johnson Coleman

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, June 10, 2026:

      MINUTE entry before the Honorable Sharon Johnson Coleman: Plaintiff's motion for leave to withdraw Collin R. White as one of the pro hac vice counsel for plaintiff [842] is granted. Attorney Collin R. White terminated. Counsel of record is reminded that motions for withdrawal of counsel are to be presented before the District Judge and not the Magistrate Judge. Also, pursuant to Local Rule 5.3 and this Court's standing order, all motions are to be noticed up for presentment before this Court. Mailed notice. (ym)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.