**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Viamedia, Inc.
Plaintiff,
v.
Comcast Corporation, et al.
Defendant.

Case No.: 1:16−cv−05486
Honorable Sharon Johnson Coleman

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, August 26, 2026:

MINUTE entry before the Honorable Sharon Johnson Coleman: Status hearing held on 8/26/2026. Jury Trial set for 11/4/2026 is stricken and reset to 10/28/2026 at 8:45 AM. Oral arguments held as to defendants' motions in limine #1 and #5 [877]. Defendants are ordered to file a revised motion in limine #1 by 8/31/2026. Plaintiff shall file a response by 9/8/2026. Once the briefs are filed, the Court takes the matter under advisement. Mailed notice. (ym)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.