**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

Civil Action No.: 1:16-cv-5486

VIAMEDIA, INC.,

Plaintiff,

v.

COMCAST CORPORATION and
COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC,

Defendants.

---

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

---

IT IS HEREBY STIPULATED AND AGREED, by and among the undersigned parties, that the above-captioned action, including all claims and defenses asserted therein, are hereby voluntarily dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1). Each party shall bear its own attorneys' fees, costs, and expenses.

Dated: October 23, 2026
Chicago, Illinois

By: /s/ James M. Webster
Richard J. Prendergast
Michael T. Layden
CROKE FAIRCHILD DUARTE & BERES LLC
222 N. LaSalle Street, Suite 500
Chicago, Illinois 60601
Telephone: (312) 650-8650
rprendergast@crokefairchild.com
mlayden@crokefairchild.com

James M. Webster III
Aaron M. Panner
Derek T. Ho
Kenneth M. Fetterman
1615 M Street, N.W., Suite 400
Washington, DC 20036
Telephone: (202) 326-7900
jwebster@kellogghansen.com
apanner@kellogghansen.com
dho@kellogghansen.com
kfetterman@kellogghansen.com

*Attorneys for Plaintiff Viamedia, Inc.*

By: /s/ Ross B. Bricker
Ross B. Bricker
Alexis E. Bates
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, IL 60654-3456
Telephone: (312) 222-9350
rbricker@jenner.com
abates@jenner.com

Arthur J. Burke
David B. Toscano
Christopher Lynch
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Arthur.Burke@davispolk.com
David.Toscano@davispolk.com
Christopher.Lynch@davispolk.com

*Attorneys for Defendants Comcast Corporation and Comcast Cable Communications Management, LLC*

IT IS SO ORDERED.

Dated: October ___, 2026
Chicago, Illinois

______________________________
The Honorable Sharon J. Coleman
United States District Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on this 23 day of October, 2026, a true and correct copy of the foregoing **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** was filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all parties of record.

/s/ Ross B. Bricker

Ross B. Bricker